# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

      VS                              CASE NO.  3:07mj39/MD

WARD FRANKLIN DEAN

## REFERRAL AND ORDER

Referred to Magistrate Judge Davis on <u>February 1, 2007</u>
Type of Motion/Pleading: <u>MOTION TO HAVE DEFENDANT RETURNED TO FPC SAUFLEY</u>
Filed by: <u>DEFENDANT</u> on <u>2/1/07</u>   Document <u>9</u>
( )  Stipulated/Consented/Joint Pleading
RESPONSES:

| USA | on 2/1/07 | Doc.# 10 |
| --- | --- | --- |
|  | on _____ | Doc.# |

WILLIAM M. McCOOL, CLERK OF COURT

*s/ Elizabeth Cooley*
Deputy Clerk: Elizabeth Cooley

## ORDER

Upon consideration of the foregoing, it is ORDERED this 2nd day of February, 2007, that:

(a)   The requested relief is GRANTED.

(b)   A hearing on the motion was held in open court with defendant present.  There was no objection from either party, and on being asked, the defendant stated that he wished to be returned to the prison at FPC Saufley.

(c)   The court finds that because defendant is serving a term of imprisonment in a federal prison and is not before the court on a detainer, the Interstate Agreement on Detainers does not apply. Furthermore, defendant has specifically acknowledged that if the Agreement does apply, he waives his right to be held in custody at the local jail, and asks to be returned to FPC Saufley pending trial.

(d)   The Marshal shall return the defendant to FPC Saufley, and return him to court on appropriate notice by the United States or order of the court.

Entered On Docket: _____ By: ___
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP /s/ *Miles Davis*
Copies sent to:_____
_____ MILES DAVIS
UNITED STATES MAGISTRATE JUDGE

Document No.