**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    VS                                                             CASE NO. 3:07mj39-MD

WARD FRANKLIN DEAN

**REFERRAL AND ORDER**

Referred to Magistrate Judge Davis on    May 3, 2007
Type of Motion/Pleading: Waiver of Right to Trial by Jury and Request to Proceed in Defense with a Bench Trial
Filed by: Defendant Dean    on 5/3/07    Document 49
( ) Stipulated/Consented/Joint Pleading
RESPONSES:
_____ on _____ Doc.# _____
_____ on _____ Doc.# _____
WILLIAM M. McCOOL, CLERK OF COURT

s/ Travis Green
Deputy Clerk: Travis Green

**ORDER**

Upon consideration of the foregoing, it is ORDERED this 4th day of May, 2007, that:

(a) The requested relief is GRANTED.
(b) The jury trial scheduled for May 7, 2007 is cancelled. A bench trial will be held on May 7, 2007 beginning at 9:00 a. m.

/s/ *Miles Davis*

MILES DAVIS
UNITED STATES MAGISTRATE JUDGE