**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    VS                                                  CASE NO.  3:07mj39-MD

WARD FRANKLIN DEAN

**REFERRAL AND ORDER**

Referred to Magistrate Judge Davis on     March 30, 2007
Type of Motion/Pleading: Defendant Ward Franklin Dean's First Motion in Limine
Filed by: Defendant Dean       on 3/29/07      Document   39
(  )  Stipulated/Consented/Joint Pleading
RESPONSES:
Government                     on 3/30/07      Doc.# 41
                               on _____    Doc.# _____
                               WILLIAM M. McCOOL, CLERK OF COURT

                               s/ Travis Green
                               Deputy Clerk: Travis Green

**ORDER**

Upon consideration of the foregoing, it is ORDERED this 4th day of May, 2007, that:

(a)  The requested relief is DENIED as moot.

/s/ *Miles Davis*

MILES DAVIS
UNITED STATES MAGISTRATE JUDGE