# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                                                CASE NO. 3:07mj39/MD

WARD DEAN

**REFERRAL AND ORDER**

Referred to Magistrate Judge Davis on   August 1, 2007

Type of Motion/Pleading: Letter requesting continuance of sentencing date

Filed by: defendant (without assistance from his attorney)    on 8/1/07    Document 65

( ) Stipulated/Consented/Joint Pleading

RESPONSES:

                                                on _____ Doc.# _____

                                                on _____ Doc.# _____

WILLIAM M. McCOOL, CLERK OF COURT

/S/ *Joanne Ahr*

Deputy Clerk: Joanne Ahr

**ORDER**

Upon consideration of the foregoing, it is ORDERED this 2nd day of August, 2007, that:

(a)    The requested relief is DENIED without prejudice.

(b)    Whether defendant needs additional time to review the report will be discussed on August 16, 2007.

/s/ *Miles Davis*

MILES DAVIS
UNITED STATES MAGISTRATE JUDGE

Entered On Docket: _____ By: \_\_

Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP

Copies sent to: Goldberg/Davies, Dennis, Dean, Lassiter

Document No.